McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JEAN M. TURK
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone:  (415) 977-8976
   Facsimile:  (415) 744-0134
   E-Mail: jean.turk@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ANNA SHERMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br>_____) | CIVIL NO. 1:06-cv-00896-SMS <br><br> STIPULATION AND ORDER AWARDING EAJA ATTORNEY FEES |

      IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the EAJA in the amount of ONE THOUSAND ONE HUNDRED NINE DOLLARS AND SIXTY CENTS ($1,109.60).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

      This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of  ONE THOUSAND ONE HUNDRED NINE DOLLARS AND SIXTY CENTS ($1,109.60)

in EAJA attorney fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: December 18 , 2007

/s/ Robert D. Christenson
(As authorized via facsimile/e-mail/telephone)
ROBERT D. CHRISTENSON
Attorney for Plaintiff

Dated: December 18, 2007

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Jean M. Turk*
JEAN M. TURK
Special Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   January 4, 2008**          /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE

2